UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| PERFORMANCE WHEEL CO., | : | CIVIL ACTION NO. |
|    Plaintiff, | : | 3:02 CV2285 (JCH) |
| | : | |
| v. | : | |
| | : | |
| MKW ALLOY, INC., | : | |
|    Defendant. | : | JANUARY 26, 2004 |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff and the defendant stipulate that the above-captioned suit, including all claims and all counterclaims, be dismissed in its entirety with prejudice, and without costs or fees being awarded to any of the parties.

| FOR THE PLAINTIFF, | FOR THE DEFENDANT, |
|---|---|
| PERFORMANCE WHEEL CO. | MKW ALLOY, INC. |
| | |
| By _[signature]_____ | By _____ |
| Paul D. Sanson (ct05477) | James R. Smart (ct20982) |
| Lori B. Izzo (ct23410) | Steven D. Ecker (ct03762) |
| Shipman & Goodwin, LLP | Cowdery, Ecker & Murphy, L.L.C. |
| One American Row | 750 Main Street |
| Hartford, CT 06103-2819 | Hartford, CT 06103-2703 |
| Telephone: (860) 251-5000 | Telephone: (860) 278-5555 |
| Facsimile: (860) 251-5700 | Facsimile: (860) 249-0012 |
| psanson@goodwin.com | jsmart@cemlaw.com |
| Its Attorneys | Its Attorneys |

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, postage prepaid, this 26th day of January 2004, to:

James R. Smart, Esq.
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT  06103-2703

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Paul D. Sanson

362827 v.01

SHIPMAN & GOODWIN LLP • COUNSELORS AT LAW
ONE AMERICAN ROW • HARTFORD, CONNECTICUT 06103-2819 • (860) 251-5000 • FAX (860) 251-5099 • JURIS NO. 57385