FILED

2004 FEB -2 P 12: 17

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| PERFORMANCE WHEEL CO., <br> Plaintiff, | : CIVIL ACTION NO. <br> : 3:02 CV2285 (JCH) |
| v. | : |
| MKW ALLOY, INC., <br> Defendant. | : <br> : JANUARY 26, 2004 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff and the defendant stipulate that the above-captioned suit, including all claims and all counterclaims, be dismissed in its entirety with prejudice, and without costs or fees being awarded to any of the parties.

FOR THE PLAINTIFF,
PERFORMANCE WHEEL CO.

By _____
Paul D. Sanson (ct05477)
Lori B. Izzo (ct23410)
Shipman & Goodwin, LLP
One American Row
Hartford, CT 06103-2819
Telephone: (860) 251-5000
Facsimile: (860) 251-5700
psanson@goodwin.com
Its Attorneys

FOR THE DEFENDANT,
MKW ALLOY, INC.

By _____
James R. Smart (ct20982)
Steven D. Ecker (ct03762)
Cowdery, Ecker & Murphy, L.L.C.
750 Main Street
Hartford, CT 06103-2703
Telephone: (860) 278-5555
Facsimile: (860) 249-0012
jsmart@cemlaw.com
Its Attorneys

So Ordered. /s/ JCH 2/2/04